# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Eduardo Alanins Hernandez,<br>a.k.a.: Eduardo Alanis-Hernandez,<br>a.k.a.: Hernandez Eduardo Alanis,<br>(A 205 270 353)<br>*Defendant* | Case No. 17-363 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 30, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*
Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 1, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On August 30, 2017, Eduardo Alanis Hernandez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 25, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On August 30, 2017, at or near Phoenix, in the District of Arizona, Eduardo Alanis Hernandez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 30, 2017, Eduardo Alanins Hernandez was booked into the Maricopa County Jail (MCJ) by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Alanins Hernandez was examined by ICE Officer G. Burns who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On August 31, 2017, Alanins Hernandez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Alanins Hernandez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Eduardo Alanins Hernandez to be a citizen of Mexico and a previously deported criminal alien. Alanins Hernandez was removed from the United States to Mexico at or near Nogales, Arizona, on or about May 25, 2012, pursuant to an order of removal issued by an immigration judge. There is no record of Alanins Hernandez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of

Homeland Security to return to the United States after his removal. Alanins Hernandez's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Eduardo Alanins Hernandez in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Alanins Hernandez presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Alanins Hernandez entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Alanins Hernandez's immigration history was matched to him by electronic fingerprint comparison.

5. On August 31, 2017, Eduardo Alanins Hernandez was advised of his constitutional rights. Alanis Hernandez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Alanins Hernandez stated that his true and complete name is "Eduardo Alanins Hernandez," and that he is a citizen of Mexico. Alanins Hernandez stated that he illegally entered the United States "7 anos," through "Desierto." Alanins Hernandez further stated that he had been removed from the United States to Mexico on one occasion and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 30, 2017, Eduardo Alanins Hernandez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 25, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on or about August 30, 2017, at or near Phoenix, in the District of Arizona, Eduardo Alanins Hernandez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 1st day of September, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge